**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CURTIS SAYLER and CHERYL SAYLER,

    Plaintiffs,

vs.

Case No. 3:17-cv-680-J-34JBT

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

    Defendant.
_____/

## ORDER

This matter is before the Court sua sponte. Upon review of Defendant's, Travelers Property Casualty Company of America, Notice of Removal (Doc. 1; Notice) and Plaintiffs' Complaint (Doc. 2), it appears that this action was improperly removed to the Jacksonville Division of the United States District Court for the Middle District of Florida. Pursuant to Local Rule 4.02(a), Local Rules, United States District Court, Middle District of Florida ("Local Rule(s)"), "[a]ll cases removed to this Court from the courts of the State of Florida shall be docketed and assigned, in accordance with Rule 1.03 of these rules, in the Division encompassing the county of the State in which the case was pending." See Local Rule 4.02(a); see also 28 U.S.C. § 1446(a) ("A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal . . . ." (emphasis added)).

Here, the Notice of Removal indicates that Plaintiffs, Curtis and Cheryl Sayler, filed this case "in the Fifth Judicial Circuit of Marion County, Florida." Notice of Removal ¶ 1;

see also Complaint at 1. Marion County, Florida, is in the Ocala Division. Local Rule 1.02(b)(2). Thus, Travelers Property Casualty Company of America should have removed the case to the Ocala Division. Accordingly, it is hereby

**ORDERED:**

This case is **TRANSFERRED** to the Ocala Division of this Court for all future proceedings, and the Clerk of Court shall immediately forward the file to that Division and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on June 22, 2017.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record